IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES FULLER,
Appellant,
vs.
PHYLLIS JOHNSON,
Respondent.

No. 85528

FILED

NOV 03 2022

*ORDER DISMISSING APPEAL*

This appeal was docketed on October 20, 2022, without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellant to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellant has not paid the filing fee, filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Heidi Almase, District Judge, Family Court Division
Law Office of Timothy R. Treffinger
Phyllis Johnson
Eighth District Court Clerk

22-34648